# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                          DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)      ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [ ]    Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ]  If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [ ]    Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                NATURE OF SUIT

                        TORTS                                                    ACTIONS UNDER STATUTES

**CONTRACT**               **PERSONAL INJURY**          **PERSONAL INJURY/**         **FORFEITURE/PENALTY**     **BANKRUPTCY**             **OTHER STATUTES**
                                                    [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE         [ ] 310 AIRPLANE             PHARMACEUTICAL PERSONAL  [ ] 625 DRUG RELATED       [ ] 422 APPEAL             [ ] 375 FALSE CLAIMS
[ ] 120  MARINE            [ ] 315 AIRPLANE PRODUCT     INJURY/PRODUCT LIABILITY     SEIZURE OF PROPERTY            28 USC 158         [ ] 376 QUI TAM
[ ] 130  MILLER ACT                LIABILITY        [ ] 365 PERSONAL INJURY          21 USC 881             [ ] 423 WITHDRAWAL         [ ] 400 STATE
[ ] 140  NEGOTIABLE        [ ] 320 ASSAULT, LIBEL &         PRODUCT LIABILITY    [ ] 690 OTHER                      28 USC 157                 REAPPORTIONMENT
         INSTRUMENT                SLANDER          [ ] 368 ASBESTOS PERSONAL                                                          [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF       [ ] 330 FEDERAL                  INJURY PRODUCT                                                             [ ] 430 BANKS & BANKING
         OVERPAYMENT &             EMPLOYERS'              LIABILITY                                                                   [ ] 450 COMMERCE
         ENFORCEMENT               LIABILITY                                    **PROPERTY RIGHTS**                                    [ ] 460 DEPORTATION
         OF JUDGMENT       [ ] 340 MARINE            **PERSONAL PROPERTY**                                                             [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT      [ ] 345 MARINE PRODUCT                               [ ] 820 COPYRIGHTS                                             ENCED & CORRUPT
[ ] 152  RECOVERY OF               LIABILITY        [ ] 370 OTHER FRAUD         [ ] 830 PATENT                                                 ORGANIZATION ACT
         DEFAULTED         [ ] 350 MOTOR VEHICLE    [ ] 371 TRUTH IN LENDING    [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION                (RICO)
         STUDENT LOANS     [ ] 355 MOTOR VEHICLE                                [ ] 840 TRADEMARK                                      [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)           PRODUCT LIABILITY                                                                                   [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF       [ ] 360 OTHER PERSONAL                                                           **SOCIAL SECURITY**
         OVERPAYMENT               INJURY           [ ] 380 OTHER PERSONAL      **LABOR**                                              [ ] 850 SECURITIES/
         OF VETERAN'S      [ ] 362 PERSONAL INJURY -        PROPERTY DAMAGE                                 [ ] 861 HIA (1395ff)               COMMODITIES/
         BENEFITS                  MED MALPRACTICE  [ ] 385 PROPERTY DAMAGE     [ ] 710 FAIR LABOR           [ ] 862 BLACK LUNG (923)           EXCHANGE
[ ] 160  STOCKHOLDERS                                       PRODUCT LIABILITY           STANDARDS ACT       [ ] 863 DIWC/DIWW (405(g))
         SUITS                                                                  [ ] 720 LABOR/MGMT          [ ] 864 SSID TITLE XVI
[ ] 190  OTHER                                      **PRISONER PETITIONS**             RELATIONS           [ ] 865 RSI (405(g))       [ ] 890 OTHER STATUTORY
         CONTRACT                                   [ ] 463 ALIEN DETAINEE      [ ] 740 RAILWAY LABOR ACT                                      ACTIONS
[ ] 195  CONTRACT                                   [ ] 510 MOTIONS TO          [ ] 751 FAMILY MEDICAL      **FEDERAL TAX SUITS**      [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                            VACATE SENTENCE         LEAVE ACT (FMLA)
         LIABILITY         **ACTIONS UNDER STATUTES**      28 USC 2255                                     [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196  FRANCHISE                                  [ ] 530 HABEAS CORPUS       [ ] 790 OTHER LABOR                Defendant)         [ ] 893 ENVIRONMENTAL
                           **CIVIL RIGHTS**         [ ] 535 DEATH PENALTY               LITIGATION         [ ] 871 IRS-THIRD PARTY            MATTERS
                                                    [ ] 540 MANDAMUS & OTHER    [ ] 791 EMPL RET INC               26 USC 7609        [ ] 895 FREEDOM OF
                           [ ] 440 OTHER CIVIL RIGHTS                                   SECURITY ACT (ERISA)                                   INFORMATION ACT
**REAL PROPERTY**                  (Non-Prisoner)                                                                                      [ ] 896 ARBITRATION
                           [ ] 441 VOTING                                       **IMMIGRATION**                                        [ ] 899 ADMINISTRATIVE
[ ] 210  LAND              [ ] 442 EMPLOYMENT                                                                                                  PROCEDURE ACT/REVIEW OR
         CONDEMNATION      [ ] 443 HOUSING/         **PRISONER CIVIL RIGHTS**   [ ] 462 NATURALIZATION                                         APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE               ACCOMMODATIONS                                       APPLICATION
[ ] 230  RENT LEASE &      [ ] 445 AMERICANS WITH   [ ] 550 CIVIL RIGHTS        [ ] 465 OTHER IMMIGRATION
         EJECTMENT                 DISABILITIES -   [ ] 555 PRISON CONDITION            ACTIONS                                        [ ] 950 CONSTITUTIONALITY OF
[ ] 240  TORTS TO LAND             EMPLOYMENT       [ ] 560 CIVIL DETAINEE                                                                     STATE STATUTES
[ ] 245  TORT PRODUCT      [ ] 446 AMERICANS WITH       CONDITIONS OF CONFINEMENT
         LIABILITY                 DISABILITIES -OTHER
[ ] 290  ALL OTHER         [ ] 448 EDUCATION
         REAL PROPERTY

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A **CLASS ACTION**    DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                      AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                           IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE _____ DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES [ ] NO              NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding  
☐ 2 Removed from State Court  
   ☐ a. all parties represented  
   ☐ b. At least one party is pro se.  
☐ 3 Remanded from Appellate Court  
☐ 4 Reinstated or Reopened  
☐ 5 Transferred from (Specify District)  
☐ 6 Multidistrict Litigation (Transferred)  
☐ 7 Appeal to District Judge from Magistrate Judge  
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**     *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF    ☐ 2 U.S. DEFENDANT    ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)    ☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN  
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☐ MANHATTAN

DATE    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT  
[ ] NO  
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)  
RECEIPT #    Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)