# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 2020 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

August 19, 2020

**Via ECF**

Honorable Lorna G. Schofield.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Caballero de la Cruz et al v. Pastrami Prince Inc. et al
                20-cv-4643

Dear Judge Schofield:

      I represent Plaintiffs in the above referenced matter and submit this letter prior to our Initial Conference, which is set for August 27, 2020 at 10:50 A.M. This is the first request of its kind. The reason for the request is that Plaintiff is still in the process of serving Defendants, and, therefore, no defendant has answered or otherwise appeared in the case. Accordingly, Plaintiff makes this request without the consent of Defendants.

      Plaintiff thus respectfully requests that the <u>initial conference be adjourned 45 days so that Plaintiff can serve Defendants and so that Defendants have a chance to answer or otherwise respond to the complaint</u>.

                              /s/ *Clela Errington*
                              Clela A. Errington, Esq.

Application GRANTED in part. The initial pretrial conference scheduled for August 27, 2020, at 10:50 a.m. is adjourned to **October 1, 2020, at 10:50 a.m.** The parties' joint conference materials are due at least seven days before the conference, or by **September 24, 2020**.

Plaintiffs are reminded that their deadline to serve Defendants per the Federal Rule of Civil Procedure 4(m) is 90 days after their Complaint was filed, or by **September 15, 2020**.

Dated: August 20, 2020
      New York, New York

                              LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*