**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
CARMELO CABALLERO DE LA CRUZ,
ARNULFO VAZQUEZ BASURTO, OMAR
ESPINOBARROS VAZQUEZ, and
RAYMUNDO VAZQUEZ ANGEL
*individually and on behalf of others similarly situated,*

                            *Plaintiff*,

-against-

PASTRAMI PRINCE INC. (D/B/A
PASTRAMI QUEEN), PASTRAMI
LEASEHOLD LLC (D/B/A PASTRAMI
QUEEN), 1125 KOSHER DELI CORP (D/B/A
PASTRAMI QUEEN), STEVEN FRIEDMAN,
BARRY FRIEDMAN, ALLAN PHILLIPS,
DAVID DOE , THIERNO SISSE , JOHN
PHILLIPS, and JACK DOE,

-------------------------------------------------------X

Case: 20-cv-4643

**CERTIFICATE OF DEFAULT**

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 17, 2020 with the filing of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(h)(1)(B), on Pastrami Prince Inc., on August 24, 2020 by personally serving Sue Zouky, an authorized agent in the office of the Secretary of New York pursuant to N.Y. C.P.L.R. § 311(a)(1) and N.Y. B.C.L. § 306(b)(1); and proof of such service on the said Defendant was filed on September 23. 2020. (Dkt. No. 34)

     I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Pastrami Prince, Inc. is hereby noted.

Dated: New York, New York
September 24, 2020

**RUBY J. KRAJICK**
Clerk of the Court

By: *K. Mango*
Deputy Clerk