```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CARMELO CABALLERO DE LA CRUZ et al.,                             :
                                                                 :
                        Plaintiffs,                              :
                                                                 :         20-CV-4643 (JPC)
        -v-                                                      :
                                                                 :         NOTICE OF
PASTRAMI PRINCE INC. et al.,                                     :         REASSIGNMENT
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.** Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. The Initial Pretrial Conference scheduled for October 29, 2020 at 10:50 a.m. is adjourned pending further order of the Court.

SO ORDERED.

Dated: October 18, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge