UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMELO CABALLERO DE LA CRUZ,
ARNULFO VAZQUEZ BASURTO, OMAR
ESPINOBARROS VAZQUEZ, and
RAYMUNDO VAZQUEZ ANGEL, individually
and on behalf of others similarly situated,

                       *Plaintiffs,*

-against-

.PASTRAMI PRINCE INC. (D/B/A
PASTRAMI QUEEN), PASTRAMI
LEASEHOLD LLC (D/B/A PASTRAMI
QUEEN), 1125 KOSHER DELI CORP (D/B/A
PASTRAMI QUEEN), STEVEN FRIEDMAN,
BARRY FRIEDMAN, ALLAN PHILLIPS,
DAVID DOE , THIERNO SISSE , JOHN
PHILLIPS, and JACK DOE ,

                       *Defendants*
-------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No. 1:20-cv-04643

STATE OF NEW YORK    )
                               ) SS.:
COUNTY OF NEW YORK  )

       Federico Frias, being duly sworn, deposes and says:

       Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

       On October 16, 2020, I mailed copies of moving papers for Default Judgment (Dkt. No. 62-64) by Priority Mail, through the United States Postal Service to:

Pastrami Prince, Inc.
c/o Pastrami Queen
1125 Lexington Ave # 2
New York, NY 10075

Pastrami Leasehold LLC
c/o Pastrami Queen
1125 Lexington Ave # 2
New York, NY 10075

1125 Kosher Deli Corp.
c/o Pastrami Queen
1125 Lexington Ave # 2
New York, NY 10075

Steven Friedman
c/o Pastrami Queen
1125 Lexington Ave # 2
New York, NY 10075

Barry Friedman
c/o Pastrami Queen
1125 Lexington Ave # 2
New York, NY 10075

Allan Phillips
c/o Pastrami Queen
1125 Lexington Ave # 2
New York, NY 10075

Thierno Sisse
c/o Pastrami Queen
1125 Lexington Ave # 2
New York, NY 10075

John Phillips
c/o Pastrami Queen
1125 Lexington Ave # 2
New York, NY 10075

_____
Federico Frias