UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMELO CABALLERO DE LA CRUZ,
ARNULFO VAZQUEZ BASURTO, OMAR
ESPINOBARROS VAZQUEZ, and
RAYMUNDO VAZQUEZ ANGEL,
*individually and on behalf of others similarly situated*,

Index No.  20-cv-04643 (LGS)

**STIPULATION**

Plaintiffs,

-against-

PASTRAMI PRINCE INC. (D/B/A PASTRAMI QUEEN), PASTRAMI LEASEHOLD, LLC (D/B/A PASTRAMI QUEEN), 1125 KOSHER DELI CORP (D/B/A PASTRAMI QUEEN), STEVEN FRIEDMAN, BARRY FRIEDMAN, ALLAN PHILLIPS, DAVID DOE, THIERNO SISSE, JOHN PHILLIPS, and JACK DOE

Defendants.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that:

1. Defendants Pastrami Leasehold, LLC (d/b/a Pastrami Queen), Allan Phillips and Jonah Phillips (incorrectly sued as John Phillips) have entered an appearance in this case and waive any defenses regarding service of process; and

2. Plaintiffs waive their motion for a default judgment against Defendants Pastrami Leasehold, LLC (d/b/a Pastrami Queen), Allan Phillips and Jonah Phillips (incorrectly sued as John Phillips).

| For Defendants: | For Plaintiffs: |
|---|---|
| By: _____ | By: _____ |
| Tram D. LoPresto, Esq. | Clela Errington, Esq. |
| Hoffmann and Associates | Michael Faillace & Associates, P.C. |
| 450 Seventh Avenue, Ste. 1400 | 40 E 42nd St, Suite 4510 |
| New York, NY 10123 | New York, NY 10165 |
| Tel.: (212)679-0400 | Tel.: (212) 317-1200 |
| Tram.LoPresto@hoffmannlegal.com | cerrington@faillacelaw.com |
| Date: 1/11/2021 | Date: 1/11/21 |

**SO ORDERED**

_____           _____
Hon. John P. Cronan, U.S.D.J.                              Dated