# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd St. Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

January 14, 2021

**VIA ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      Re:    Caballero de la Cruz et al v. Pastrami Prince Inc. et al

Your Honor,

    This firm represents Plaintiffs in the above-captioned case. We write in response to Your Honor's Order of January 14, 2021. Plaintiffs have withdrawn their motion as to Defendants Pastrami Leasehold LLC, John Phillips, and Allan Phillips.

    The reason for the delay in re-serving the remaining defendants is that the third party company we had engaged to find the proper addresses for service took much longer than expected in returning with the necessary information. Plaintiff's counsel now has this information in hand and respectfully requests *nunco pro tunc* a brief extension of one week in which to re-serve the remining defendants.

    We thank the court for its time and attention to this case.

                                             Respectfully submitted,

                                             /s
                                           Michael Faillace
                                               Michael Faillace & Associates, P.C.
                                               Counsel for Plaintiffs

Cc:    Tram Dao LoPresto, Esq. via ECF
        Andrew Sal Hoffman, Esq. via ECF