UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CARMELLO CABALLERO DE LA CRUZ et al.,

                *Plaintiffs*,

              -against-

PASTRAMI PRINCE INC. et al.,

              *Defendants*.
-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Case No.: 20-cv-04643

STATE OF NEW YORK    )
                                ) SS.:
COUNTY OF NEW YORK  )

      Federico Frias, being duly sworn, deposes and says:

      Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

      On January 14th, 2021, I mailed true copies of motion papers for Default Judgement (Dkt. Nos. 62-64) via Priority Mail, through the United States Postal Service, to the following corporate and last-known residential addresses:

Pastrami Prince Inc.
(d/b/a) Pastrami Queen
1125 Lexington Ave # 2
New York, NY 10075

1125 Kosher Deli Corp.
(d/b/a) Pastrami Queen
1125 Lexington Ave # 2,
New York, NY 10075

Steven Friedman
187 East 4th Street, Apt. 5J
New York, NY 10009-7256

Barry Friedman
34 Midwood Cross
Roslyn NY 11576-2431

Thierno Cisse
501 East 176th Street, Apt. 2
Bronx, NY 10457-6225

_____
Federico Frias

Sworn to before me on this
14th Day of January, 2021

_____
Notary Public
MICHAEL FAILLACE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02FA6120964
Qualified in New York County
My Commission Expires January 03, 20__