```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CARMELO CABALLERO DE LA CRUZ et al.,                               :
                                                                   :
                                Plaintiffs,                        :
                                                                   :     20-CV-4643 (JPC)
            -v-                                                    :
                                                                   :            ORDER
PASTRAMI PRINCE INC. et al.,                                       :
                                                                   :
                                Defendants.                        :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 17, 2021, the Court ordered the parties to file a joint status letter and proposed case management plan no later than seven days before the initial pretrial conference, scheduled for March 15, 2021 at 12:00 p.m. (Dkt. 79.) Neither was filed. The parties shall file the joint status letter and proposed case management plan no later than March 12, 2021.

SO ORDERED.

Dated: March 10, 2021  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge