UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :

CARMELO CABALLERO DE LA CRUZ *et al.*,    :

                                 Plaintiffs,              :

                                             :         20-CV-4643 (JPC)
                 -v-                            :
                                             :         <u>ORDER</u>

PASTRAMI PRINCE INC. *et al.*,                :

                                 Defendants.            :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      In light of the discovery extension, *see* Dkt. 85, the parties shall submit a joint status letter to the Court no later than September 20, 2021, advising the Court as to whether the parties request a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event any party plans to file a post-discovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement.

      SO ORDERED.

Dated: August 19, 2021
       New York, New York
                                                  JOHN P. CRONAN
                                            United States District Judge