UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CARMELO CABALLERO DE LA CRUZ et al.,,

                Plaintiff                  **SUGGESTION OF BANKRUPTCY**

vs.

                                               Index No. 20 cv. 04643 (JPC)

PASTRAMI PRINCE INC. et al,

                Defendants
-----------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Defendant Pastrami Leasehold LLC has filed for bankruptcy protection in the United States Bankruptcy Court for the Eastern District of New York, Index No. 22-40770. Accordingly, pursuant to 11 U.S.C. §362 this action should be automatically stayed.

DATED:     April 20, 2022
                 New York, New York

                                                  /s/ Joshua S. Androphy
                                                  JOSHUA S. ANDROPHY
                                                  Attorney(s) for Defendant Pastrami Leasehold LLC
                                                  Morrison Tenenbaum PLLC
                                                  87 Walker Street
                                                  Level 2nd Floor
                                                  New York, NY 10013
                                                  (212) 620-0938
                                                  jandrophy@m-t-law.com