# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

September 2, 2022

The request is granted. By October 2, 2022, Plaintiffs and Leasehold Defendants shall file the settlement agreement for court approval or a Rule 68 offer of judgment.

VIA ECF  
Honorable John P. Cronan  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 14A  
New York, New York 10007

SO ORDERED.  
Date: September 6, 2022  
New York, New York

JOHN P. CRONAN  
United States District Judge

Re:   Caballero de la Cruz et al v. Pastrami Prince Inc. et al  
         20-cv-04643

Your honor:

    This office represents Plaintiffs in the above-captioned case. We write jointly with all counsel for defendants Pastrami Leasehold LLC, Jonah Phillips, and Allan Phillips ("Leasehold Defendants") to respectfully request a three-week extension of time in which to submit the Settlement Agreement in the above-captioned case to the Court for approval. The reason for this request is that the Defendants are in the process of reviewing and executing the Agreement.

    The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Clela Errington*  
Clela A. Errington.  
CSM LEGAL, P.C.  
*Attorneys for Plaintiffs*

cc:   all counsel via ECF