# CSM Legal, P.C.
Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

_____

September 28, 2022

**BY ECF**

Honorable Judge P. Cornan
United States District Judge
United States District Court
500 Pearl St.
New York, NY 10007-1312

Caballero de la Cruz et al v. Pastrami Prince Inc. Et al
20-cv-4643

Your Honor:

This office represents Plaintiffs Carmelo Caballero de la Cruz, Arnulfo Vazquez Basturo, Omar Espinobarros Vazquez, and Raymundo Vazquez Angel in the above referenced matter. Plaintiffs write jointly with Defendants to respectfully request that, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court approve the parties' negotiated settlement ("Agreement"), attached hereto as Exhibit A, and dismiss the case with prejudice.

The terms of the Agreement provide that, in exchange for Plaintiffs discontinuing this litigation and executing a release of their wage and hour claims in favor of Appearing Defendants Pastrami Leasehold LLC (d/b/a Pastrami Queen). Allan Phillips, and John Phillips.

**Background**

Plaintiff filed this Complaint against Defendants alleging claims for unpaid minimum and overtime wages, liquidated damages, interest, attorneys' fees, and costs pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq*. (FLSA), the New York Minimum Wage Act, N.Y. Lab. Law § 650 *et seq*., spread of hours pursuant to the Hospitality Industry Wage Order of the New York Commissioner of Labor codified at N.Y. COMP. CODES R. & REGS. Tit. 12, § 146-1.6 (herein the Hospitality Wage Order), and the annual notice and wage statement requirements of the New York Labor Law (N.Y. Lab. Law. § 195).

Plaintiffs are former employees of a Manhattan delicatessen that was owned and operated for certain times by the Appearing Defendants. Plaintiffs allege being paid fixed salaries or at flat rates for all hours worked despite working over forty in certain weeks. All Plaintiffs with the exception of Omar Espinobarros Vazquez began working for the subject deli prior to January of 2019, when the Appearing Defendants acquired it. The Appearing Defendants aver that no wage and hour violations occurred subsequent to their acquisition of the deli.

1. **Settlement Terms**

'
The appearing Parties have agreed to settle this action for a total of $12,000.00. Attached hereto as a damages calculations dated from January of 2019. Were they to prevail on every issue of fact, Plaintiffs estimate that they would together be entitled to $11,282.50 in back wages, and $35,623.49 were they to recover fully on their claims.

Under *Lynn's Food*, a court may approve a settlement where it "reflects a 'reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching.'" *Le v. Sita Information Networking Computing USA, Inc.*, No. 07 Civ. 0086, 2008 U.S. Dist. LEXIS 46174 at *2 (E.D.N.Y. June 12, 2008) (quoting *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982)); *see also Kopera v. Home Depot U.S.A., Inc.*, No. 09 Civ. 8337, 2011 U.S. Dist. LEXIS 71816, at *2 (S.D.N.Y. June 24, 2011) ("If the proposed settlement reflects a reasonable compromise over contested issues, the settlement should be approved.").

This settlement is also reasonable due to the many risks associated with litigating this matter. The parties completed discovery, wherein the Defendants produced multiple documents that present a significant obstacle to the Plaintiffs' case. Further, the Defendant Corporation Pastrami Leasehold LLC has filed for bankruptcy (see ECF Doc. No. 96).

Given the limited damages that the Plaintiffs have against the Appearing Defendants as well as the risks of litigating against an entity in bankruptcy, Plaintiffs believe that this settlement is an excellent result, and should be approved as fair. *See Meigel v. Flowers of the World, NYC, Inc.,* 2012 U.S. Dist. LEXIS 2359, at *2-3 (S.D.N.Y. Jan. 9, 2012) ("Typically, courts regard the adversarial nature of a litigated FLSA case to be an adequate indicator of the fairness of the settlement. If the proposed settlement reflects a reasonable compromise over contested issues, the court should approve the settlement.").

2. **Plaintiff's Attorneys' Fees are Fair and Reasonable**

Under the settlement, and in accordance with his retainer agreement with the Plaintiff, Plaintiff's counsel will receive $4,000.00 from the settlement fund as attorneys' fees and costs. This represents one third of the recovery in this litigation, as well as a reduction in fees from what is identified in Plaintiff's retainer agreement, which provides that forty percent of Plaintiff' recovery will be retained by the firm.

Plaintiff's counsel's lodestar in this case is $19,221.00. A copy of Plaintiff's billing record is attached as "Exhibit B." The amount provided to Plaintiff's counsel under the settlement is fair and reasonable and well within the range of fees typically awarded in cases in this Circuit. *See Pinzon v. Jony Food Corp.*, No. 18-CV-105(RA), 2018 U.S. Dist. LEXIS 87424 (S.D.N.Y. May 24, 2018) (awarding this firm a third, or 5.23 times the lodestar, in an early settlement and "recognizing the importance of encouraging the swift resolution of cases like this one and avoiding 'creat[ing] a disincentive to early settlement'—particularly where such settlement has provided Plaintiff with a substantial and speedy result." (quoting *Hyun v. Ippudo*

*USA Holdings et al.*, No. 14-CV-8706 (AJN), 2016 U.S. Dist. LEXIS 39115, 2016 WL 1222347, at *3 (S.D.N.Y. Mar. 24, 2016).; *Shapiro v. JPMorgan Chase & Co.*, No. 11-CV-7961 (CM), 2014 U.S. Dist. LEXIS 37872, 2014 WL 1224666, at *24 (S.D.N.Y. Mar. 21, 2014) ("Lodestar multipliers of nearly 5 have been deemed 'common' by courts in this District."); *Castaneda v. My Belly's Playlist LLC,* No. 15 Civ. 1324 (JCF) (S.D.N.Y. Aug. 17, 2015) (Francis, M.J.) (awarding the Plaintiff' attorneys a contingency fee of one-third to account for risks in litigation); *see also Calle v. Elite Specialty Coatings Plus, Inc.,* 2014 U.S. Dist. LEXIS 164069 at *9 (E.D.N.Y. Nov. 19, 2014) ("A one-third contingency fee is a commonly accepted fee in this Circuit."). In light of the nature of the issues herein, and the extensive negotiations necessary to reach the agreed-upon settlement, Plaintiff's requested award is reasonable. *See Alleyne v. Time Moving & Storage Inc.*, 264 F.R.D. at 60; *see also McDaniel v. Cnty. of Schenectady*, 595 F.3d 411, 417 (2d Cir. 2010). Additionally, Plaintiffs have agreed to the fee provided for in the Agreement.

A brief biography of each Plaintiff's attorney who performed billed work in this matter is as follows:

    i.    Clela A. Errington is an associate at CSM Legal, P.C. She is a 2012 graduate of New York University School of Law. She began her career at Eisner & Mirer, P.C. (now Eisner, Dictor & LaMadrid), specializing in labor law, followed by several years providing litigation support to large law firms including Cravath Swaine & Moore, LLP. She returned to active litigation practice in 2019, joining the Jones Law Firm, P.C., specializing in workers' and debtors' rights, followed by Michael Faillace & Associates in 2020 and CSM Legal, P.C. in 2021, practicing exclusively plaintiff-side wage and hour law. Her work is billed at the rate of $350 per hour and indicated by the initials "CE."

Should Your Honor have any questions or concerns regarding this settlement, the parties are happy to address them. The parties thank the Court for its attention to this matter.

                                                          Respectfully submitted,

                                                          /s/_____
                                                          Clela Errington
                                                          CSM LEGAL, P.C.
                                                          Attorneys for the Plaintiff

Enclosures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMELO CABALLERO DE LA CRUZ, ARNULFO VAZQUEZ BASURTO, OMAR ESPINOBARROS VAZQUEZ, and RAYMUNDO VAZQUEZ ANGEL individually and on behalf of others similarly situated,<br>*Plaintiffs*,<br><br>-against-<br><br>PATRAMI PRINCE INC. (D/B/A PASTRAMI QUEEN), PASTRAMI LEASEHOLD LLC (D/B/A PASTRAMI QUEEN), STEVEN FRIEDMAN, BARRY FRIEDMAN, ALLAN PHILLIPS, DAVID DOE, THIERNO SISSE, JOHN PHILLIPS, and JACK DOES,<br>*Defendants*. | Case No. 20-cv-4643<br><br>**SETTLEMENT AGREEMENT AND RELEASE** |

  This Settlement Agreement and Release of Claims ("Agreement") is entered into by and among Plaintiffs CARMELO CABALLERO DE LA CRUZ, ARNULFO VAZQUEZ BASURTO, OMAR ESPINOBARROS VAZQUEZ, and RAYMUNDO VAZQUEZ ANGEL ("Plaintiffs"), on the one hand and Defendants PASTRAMI LEASEHOLD LLC (D/B/A PASTRAMI QUEEN), ALLAN PHILLIPS and JOHN PHILLIPS, ("Appearing Defendants") on the other hand.

  WHEREAS, Plaintiffs alleges that they worked for Defendants as employees; and

  WHEREAS, a dispute has arisen regarding Plaintiffs' alleged employment and the terms thereof, which dispute has resulted in the filing of an action in the United States District Court for the Southern District of New York District of New York, Civil Action No. 20-cv-4643 (hereinafter "the Litigation"), alleging, among other things, a violation of federal and state wage and hour and overtime laws;

  WHEREAS, Appearing Defendants deny all claims including but not limited to any violation of federal and state wage and hour and overtime laws; and

  WHEREAS, the parties desire to resolve all disputes between them without the necessity of further litigation;

  NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

1

1.  **Payment**: Appearing Defendants shall pay or cause to be paid to Plaintiffs, subject to the terms and conditions of this Agreement, and as full, complete, and final settlement and final satisfaction of all claims Plaintiffs had against Appearing Defendants in the Litigation through the Effective Date of this Agreement, including all counsel fees and costs incurred by Plaintiffs, the gross sum of Twelve Thousand Dollars and Zero Cents (**$12,000.00**) (the "Settlement Amount") to be paid to CSM Legal, P.C., as attorneys, within 10 (ten) days of court approval of the Agreement and to be distributed as follows:

    a. Four Thousand Dollars and Zero Cents ($4,000.00) to CSM Legal, P.C. as attorney's fees;

    b. Two Thousand Dollars and Zero Cents ($2,000.00) to Carmelo Caballero De La Cruz;

    c. Two Thousand Dollars and Zero Cents ($2,000.00) to Arnulfo Vasquez Basurto;

    d. Two Thousand Dollars and Zero Cents ($2,000.00) to Omar Espinobarros Vazquez;

    e. Two Thousand Dollars and Zero Cents ($2,000.00) to Raymundo Vazquez Angel;

2.  **Release and Covenant Not To Sue**: Plaintiffs hereby expressly waive, release, and forever discharge any and all claims that they had against the Appearing Defendants, or any of Appearing Defendants' respective owners, officers, directors, agents, attorneys, employees or representatives, or their successors in interest, arising out of or in connection with this Litigation and the federal and New York state wage and hour claims made therein.

3.  **No Admission of Wrongdoing**: This Agreement and compliance with this Agreement shall not be construed as an admission by Appearing Defendants of any liability whatsoever, or of any violation of any statute, regulation, duty, contract, right or order.

4.  **Modification of the Agreement**: This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiffs and Appearing Defendants.

5.  **Acknowledgments**: Plaintiffs acknowledges that: they has been fully and fairly represented by counsel in this matter. Appearing Defendants acknowledge that they have consulted with counsel for the purpose of this Agreement. Plaintiffs and Appearing Defendants acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

6.  **Notices**: Notices required under this Agreement shall be in writing, by email, and shall be deemed given upon electronic transmission thereof. Notice hereunder shall be delivered, by email, to:

To Plaintiffs:

**Clela A. Errington Esq.**
CSM LEGAL P.C.
60 East 42nd St. Suite 4510
New York, NY 10165
(212) 317-1200
Email: clela@csmlegal.com

To Appearing Defendants:

**Tram Dao, Esq.**
HOFFMAN & ASSOCIATES
450 7th Ave., Ste. 1400
New York, NY 10123
(212) 679-0400
Email: Tram.Dao@HoffmannLegal.com

      7.      <u>Governing Law</u>:      This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof. The parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

      8.      <u>Enforceability:</u>      If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement.

      9.      <u>Release Notification</u>:      Plaintiffs discussed the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledges that they have consulted with Clela A. Errington, Esq. of CSM Legal, P.C., Plaintiffs acknowledges that it is their choice to waive any claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiffs confirms that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

      **10. Counterparts**:      To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

To Plaintiffs:

**Clela A. Errington Esq.**
CSM LEGAL P.C.
60 East 42nd St. Suite 4510
New York, NY 10165
(212) 317-1200
Email: clela@csmlegal.com

To Appearing Defendants:

**Tram Dao, Esq.**
HOFFMAN & ASSOCIATES
450 7th Ave., Ste. 1400
New York, NY 10123
(212) 679-0400
Email: Tram.Dao@HoffmannLegal.com

7. <u>Governing Law</u>: This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof. The parties consent and stipulate to the personal jurisdiction of the United States District Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

8. <u>Enforceability:</u> If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement.

9. <u>Release Notification</u>: Plaintiffs discussed the terms of this Agreement and release of claims with their legal counsel and Plaintiffs acknowledges that they have consulted with Clela A. Errington, Esq. of CSM Legal, P.C., Plaintiffs acknowledges that it is their choice to waive any claims in return for the benefits set forth herein and that they made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with their attorneys. Plaintiffs confirms that this Settlement Agreement and Release has been translated to them in Spanish and that they understand the terms of this Agreement and that they are signing this Agreement voluntarily.

**10. Counterparts**: To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFFS**

By: _____   Dated: _____
CARMELO CABALLERO DE LA CRUZ

By: _____   Dated: _____
ARNULFO VAZQUEZ BASURTO

By: _____   Dated: _____
OMAR ESPINOBARROS VAZQUEZ

By: _____*[signature]*_____   Dated: 08/15/2022
RAYMUNDO VAZQUEZ ANGEL

**PLAINTIFFS**

By: _____  Dated: 08/17/2022
☐ CARMELO CABALLERO DE LA CRUZ

By: _____  Dated: _____
　　ARNULFO VAZQUEZ BASURTO

By: _____  Dated: _____
　　OMAR ESPINOBARROS VAZQUEZ

By: _____  Dated: _____
　　RAYMUNDO VAZQUEZ ANGEL

**PLAINTIFFS**

By: _____        Dated: _____
CARMELO CABALLERO DE LA CRUZ

By: _____*[signature]*_____        Dated: 8-8-2022
ARNULFO VAZQUEZ BASURTO

By: _____*[signature]*_____        Dated: 8-8-2022
OMAR ESPINOBARROS VAZQUEZ

By: _____        Dated: _____
RAYMUNDO VAZQUEZ ANGEL

**APPEARING DEFENDANTS**

By: _____          Dated: _____

For PASTRAMI LEASEHOLD LLC.

                                                                            Dated: _____

_____

ALLAN PHILLIPS

                                                                            Dated: _____

_____

JOHN PHILLIPS

APPEARING DEFENDANTS

By: _____  Dated: 9/3/22
For PASTRAMI LEASEHOLD LLC.

_____  Dated: 9/3/22
ALLAN PHILLIPS

_____  Dated: 09/02/22
JOHN PHILLIPS

| Plaintiff | Pay Period | | | | Minimum Wage | | | Paid Wages | | | Unpaid Wages & OT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Weeks | Hours Per Week | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Regular Hourly Pay Rate | Hourly OT Pay Rate | Underpayment Per Week | Total Unpaid Wages & OT | Liq. Damages on Wages & OT |
| **Carmelo Caballero de la Cruz** | 1/1/2019 | 1/15/2019 | 2 | 54.5 | $ 15.00 | $ 22.50 | $ 926.25 | $ 360.00 | $ 9.00 | $ 13.50 | $ 566.25 | $ 1,132.50 | $ 1,132.50 |
| | 1/16/2019 | 1/25/2019 | 1 | 54.5 | $ 15.00 | $ 22.50 | $ 926.25 | $ - | $ - | $ - | $ 926.25 | $ 926.25 | $ 926.25 |
| | | | | | | | | | | $ - | $ - | $ 2,058.75 | $ 2,058.75 |
| **Arnulfo Vazquez Basurto** | 1/1/2020 | 1/19/2020 | 3 | 43 | $ 15.00 | $ 22.50 | $ 667.50 | $ 570.00 | $ 15.00 | $ 22.50 | $ 97.50 | $ 292.50 | $ 292.50 |
| | 1/20/2020 | 1/26/2020 | 1 | 43 | $ 15.00 | $ 22.50 | $ 667.50 | $ - | $ - | $ - | $ 667.50 | $ 667.50 | $ 667.50 |
| | | | | | | | | | | | | $ 960.00 | $ 960.00 |
| **Omar Espinobarros Vazquez** | 1/1/2019 | 6/15/2019 | 24 | 63 | $ 15.00 | $ 22.50 | $ 1,117.50 | $ 1,117.50 | $ 15.00 | $ 22.50 | $ - | $ - | $ - |
| | 6/16/2019 | 7/31/2019 | 6 | 63 | $ 15.00 | $ 22.50 | $ 1,117.50 | $ 1,005.00 | $ 15.00 | $ 22.50 | $ 112.50 | $ 675.00 | $ 675.00 |
| | 8/1/2019 | 9/30/2019 | 9 | 48 | $ 15.00 | $ 22.50 | $ 780.00 | $ 667.50 | $ 15.00 | $ 22.50 | $ 112.50 | $ 1,012.50 | $ 1,012.50 |
| | 10/1/2019 | 12/15/2019 | 11 | 43 | $ 15.00 | $ 22.50 | $ 667.50 | $ 570.00 | $ 15.00 | $ 22.50 | $ 97.50 | $ 1,072.50 | $ 1,072.50 |
| | 12/16/2019 | 12/31/2019 | 2 | 37.5 | $ 15.00 | $ 22.50 | $ 562.50 | $ 487.50 | $ 15.00 | $ 22.50 | $ 75.00 | $ 150.00 | $ 150.00 |
| | 1/1/2020 | 1/23/2020 | 3 | 37.5 | $ 15.00 | $ 22.50 | $ 562.50 | $ 487.50 | $ 15.00 | $ 22.50 | $ 75.00 | $ 225.00 | $ 225.00 |
| | 1/24/2020 | 1/31/2020 | 1 | 37.5 | $ 15.00 | $ 22.50 | $ 562.50 | $ - | $ 15.00 | $ 22.50 | $ 562.50 | $ 562.50 | $ 562.50 |
| | | | | | | | | | | $ - | $ - | $ 3,697.50 | $ 3,697.50 |
| | | | | | | | | | | $ - | $ - | | |
| **Raymundo Vazquez Angel** | 1/1/2019 | 9/30/2019 | 39 | 51 | $ 15.00 | $ 22.50 | $ 847.50 | $ 765.00 | $ 15.00 | $ 22.50 | $ 82.50 | $ 3,217.50 | $ 3,217.50 |
| | 10/1/2019 | 12/31/2019 | 13 | 46.5 | $ 15.00 | $ 22.50 | $ 746.25 | $ 697.50 | $ 15.00 | $ 22.50 | $ 48.75 | $ 633.75 | $ 633.75 |
| | 1/1/2020 | 2/2/2020 | 5 | 46.5 | $ 15.00 | $ 22.50 | $ 746.25 | $ 697.50 | $ 15.00 | $ 22.50 | $ 48.75 | $ 243.75 | $ 243.75 |
| | 2/3/2020 | 3/6/2020 | 5 | 46.5 | $ 15.00 | $ 22.50 | $ 995.00 | $ 930.00 | $ 20.00 | $ 30.00 | $ 65.00 | $ 325.00 | $ 325.00 |
| | 3/7/2020 | 3/16/2020 | 1 | 46.5 | $ 15.00 | $ 22.50 | $ 746.25 | $ 600.00 | $ 15.00 | $ 22.50 | $ 146.25 | $ 146.25 | $ 146.25 |
| | | | | | | | | | | | | $ 4,566.25 | $ 4,566.25 |
| **TOTAL DAMAGES** | | | | | | | | | | | | $ 11,282.50 | $ 11,282.50 |

| | | | | | |
|---|---|---|---|---|---|
| **NYLL - SOL** | 7/29/2011 | | | | |
| **NYLL Amendment Date** | 4/9/2011 | | 1 | This chart is based upon preliminary information and the expected testimony of Plaintiffs. | |
| **FLSA - SOL** | 7/28/2014 | | 2 | Plaintiffs reserve the right to correct or amend this chart. | |
| **Filing Date** | 7/27/2017 | | 3 | This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the | |
| **Today's Date** | 9/28/2022 | | | | |

| Plaintiff | Pay Period | | Spread of Hours | | | Pre-Judgment Interest | | Other Claims | | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | SOH Days per Week | Unpaid SOH Pay | Liq. Damages on Unpaid SOH Pay | PJI on Wages | PJI on SOH | Wage Notice | Wage Statement | Tips Withheld | Tools of the Trade | |
| Carmelo Caballero de la Cruz | 1/1/2019 | 1/15/2019 | 0 | $ - | $ - | $ 379.69 | $ - | | | | $ 50.00 | $ 2,694.69 |
| | 1/16/2019 | 1/25/2019 | 0 | $ - | $ - | $ 307.68 | $ - | | | | | $ 2,160.18 |
| | | | | $ - | $ - | $ 687.37 | $ - | $ - | $ - | $ - | $ 50.00 | $ 4,854.87 |
| | | | | | | | | | | | | |
| Arnulfo Vazquez Basurto | 1/1/2020 | 1/19/2020 | 0 | $ - | $ - | $ 71.60 | $ - | | | $ 299.25 | $ 100.00 | $ 756.60 |
| | 1/20/2020 | 1/26/2020 | 0 | $ - | $ - | $ 161.24 | $ - | | | $ 99.75 | | $ 1,496.24 |
| | | | | $ - | $ - | $ 232.84 | $ - | $ - | $ - | $ 399.00 | $ 100.00 | $ 2,252.84 |
| | | | | | | | | | | | | |
| Omar Espinobarros Vazquez | 1/1/2019 | 6/15/2019 | 0 | $ - | $ - | $ - | | $ 5,000.00 | $ 5,000.00 | $ 4,788.00 | $ 1,310.00 | $ 11,310.00 |
| | 6/16/2019 | 7/31/2019 | 0 | $ - | $ - | | | | | | | |
| | 8/1/2019 | 9/30/2019 | 0 | $ - | $ - | $ 280.78 | | | | $ 1,795.50 | | $ 2,305.78 |
| | 10/1/2019 | 12/15/2019 | 0 | $ - | $ - | $ 279.31 | | | | $ 2,194.50 | | $ 2,424.31 |
| | 12/16/2019 | 12/31/2019 | 0 | $ - | $ - | $ 37.36 | | | | $ 399.00 | | $ 337.36 |
| | 1/1/2020 | 1/23/2020 | 0 | $ - | $ - | $ 54.96 | | | | $ 598.50 | | $ 504.96 |
| | 1/24/2020 | 1/31/2020 | 0 | $ - | $ - | $ 135.26 | | | | $ 199.50 | | $ 1,260.26 |
| | | | $ - | $ - | $ - | $ 787.67 | $ - | $ 5,000.00 | $ 5,000.00 | $ 9,975.00 | $ 1,310.00 | $ 18,142.67 |
| | | | | | | | | | | | | |
| Raymundo Vazquez Angel | 1/1/2019 | 9/30/2019 | 0 | $ - | $ - | $ 976.37 | $ - | | | $ 2,223.93 | | $ 7,411.37 |
| | 10/1/2019 | 12/31/2019 | 0 | $ - | $ - | $ 163.80 | $ - | | | $ 927.31 | | $ 1,431.30 |
| | 1/1/2020 | 2/2/2020 | 0 | $ - | $ - | $ 59.24 | $ - | | | $ 528.35 | | $ 546.74 |
| | 2/3/2020 | 3/6/2020 | 0 | $ - | $ - | $ 76.34 | $ - | | | $ 528.35 | | $ 726.34 |
| | 3/7/2020 | 3/16/2020 | | $ - | $ - | $ 33.58 | $ - | | | $ 328.87 | | $ 326.08 |
| | | | | $ - | $ - | $ 1,309.33 | $ - | $ - | $ - | $ 4,536.81 | $ - | $ 10,441.83 |
| | | | | | | | | | | | | |
| TOTAL DAMAGES | | | | $ - | $ - | $ 3,017.21 | $ - | $ 5,000.00 | $ 5,000.00 | $ 14,910.81 | $ 1,460.00 | $ 35,692.21 |

| | |
|---|---|
| NYLL - SOL | 7/29/2011 |
| NYLL Amendment Date | 4/9/2011 |
| FLSA - SOL | 7/28/2014 |
| Filing Date | 7/27/2017 |
| Today's Date | 9/28/2022 |

FLSA and NYLL.

Page 2 of 2



Date: 09/02/2022

# CSM Legal, P.C.

60 E 42nd St, #4510
New York, NEW YORK 10165
United States

Arnulfo Vazquez Basurto

## 02274-PastramiQu20

-

| Type | Date | Notes | Attorney | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | 03/20/2020 | Imported Time Entry: Working on complaint | PU | 0.17 | $100.00 | $17.00 |
| Service | 07/14/2020 | Imported Time Entry: Consult with MF regarding strategy. | CE | 0.10 | $350.00 | $35.00 |
| Service | 07/14/2020 | Imported Time Entry: calendared Initial consultation with IC order | PU | 0.10 | $125.00 | $12.50 |
| Service | 08/19/2020 | Imported Time Entry: Check on status of service. | CE | 0.10 | $350.00 | $35.00 |
| Service | 08/19/2020 | Imported Time Entry: Draft and file letter to court requesting adjournment. | CE | 0.60 | $350.00 | $210.00 |
| Service | 08/19/2020 | Imported Time Entry: Served complaint, summoneses, corporate notices on corporate defendants | PU | 0.70 | $125.00 | $87.50 |
| Service | 08/20/2020 | Imported Time Entry: Coordinate service. | CE | 0.20 | $350.00 | $70.00 |
| Service | 08/20/2020 | Imported Time Entry: Served complaint, summoneses, corporate notices on corporate defendants | PU | 0.50 | $125.00 | $62.50 |
| Service | 08/26/2020 | Imported Time Entry: reviewed status and docket | PU | 0.20 | $125.00 | $25.00 |
| Service | 09/01/2020 | Imported Time Entry: reviewed status | PU | 0.10 | $125.00 | $12.50 |
| Service | 09/03/2020 | Imported Time Entry: Calls with client regarding case update | PU | 0.40 | $150.00 | $60.00 |
| Service | 09/09/2020 | Imported Time Entry: Organized AOSs from service emails and placed on file | PU | 0.40 | $125.00 | $50.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 09/18/2020 | Imported Time Entry: File affidavits of service. | CE | 0.60 | $350.00 | $210.00 |
| Service | 09/23/2020 | Imported Time Entry: File affdavits of service. | CE | 0.50 | $350.00 | $175.00 |
| Service | 09/23/2020 | Imported Time Entry: Review docket. | CE | 0.10 | $350.00 | $35.00 |
| Service | 09/24/2020 | Imported Time Entry: Draft and certificates of default, affirmation in support. | CE | 2.10 | $350.00 | $735.00 |
| Service | 09/24/2020 | Imported Time Entry: Draft and file letter to court. | CE | 0.40 | $350.00 | $140.00 |
| Service | 09/24/2020 | Imported Time Entry: Review ECF notifications. | CE | 0.20 | $350.00 | $70.00 |
| Service | 09/25/2020 | Imported Time Entry: REview order. | CE | 0.20 | $350.00 | $70.00 |
| Service | 09/25/2020 | Imported Time Entry: REview ECF notification. | CE | 0.10 | $350.00 | $35.00 |
| Service | 09/25/2020 | Imported Time Entry: Draft email coordinating service of order. | CE | 0.10 | $350.00 | $35.00 |
| Service | 09/28/2020 | Imported Time Entry: Serving Judge Schofield's order via mail on defendants; prepared AOS | PU | 1.50 | $125.00 | $187.50 |
| Service | 09/30/2020 | Imported Time Entry: Filed AOS for service of Judge Schofield's order on all Pastrami Prince Defendants | PU | 0.20 | $125.00 | $25.00 |
| Service | 10/05/2020 | Imported Time Entry: Review docket. | CE | 0.30 | $0.00 | $0.00 |
| Service | 10/05/2020 | Imported Time Entry: Draft affidavits for clients. | CE | 2.50 | $350.00 | $875.00 |
| Service | 10/05/2020 | tc: Telephone conference with with clients to update him on the status of his case | PU | 0.20 | $125.00 | $25.00 |
| Service | 10/05/2020 | Imported Time Entry: Draft motion papers for default. | CE | 2.50 | $350.00 | $875.00 |
| Service | 10/06/2020 | Imported Time Entry: Draft affidavits for clients. | CE | 3.30 | $350.00 | $1,155.00 |
| Service | 10/07/2020 | Imported Time Entry: Proofreading declarations to be sent to clients | PU | 1.30 | $125.00 | $162.50 |
| Service | 10/07/2020 | Imported Time Entry: Translated declarations for clients and sent via Whatsapp for signing | PU | 1.80 | $125.00 | $225.00 |
| Service | 10/08/2020 | Imported Time Entry: Assisting clients in signing declarations for OTSC | PU | 0.30 | $125.00 | $37.50 |
| Service | 10/09/2020 | Imported Time Entry: Draft attorney | CE | 3.70 | $350.00 | $1,295.00 |

|  |  | affidavit. |  |  |  |  |
|---|---|---|---|---|---|---|
| Service | 10/09/2020 | Imported Time Entry: Draft and file notice of dismissal for Doe defendants. | CE | 0.30 | $350.00 | $105.00 |
| Service | 10/09/2020 | Imported Time Entry: Draft proposed judgment. | CE | 0.50 | $350.00 | $175.00 |
| Service | 10/09/2020 | Imported Time Entry: Revise attorney affidavit. | CE | 1.30 | $350.00 | $455.00 |
| Service | 10/09/2020 | Imported Time Entry: Finalize and file motion to compell papers. | CE | 1.40 | $350.00 | $490.00 |
| Service | 10/09/2020 | Imported Time Entry: Draft attorney affirmation. | CE | 2.80 | $350.00 | $980.00 |
| Service | 10/09/2020 | tc: Telephone conference with with client to review default declaration; sent via whatsapp for signing | PU | 0.50 | $125.00 | $62.50 |
| Service | 10/16/2020 | Imported Time Entry: Organizing Pastrami Motion Papers for default to be mailed out to defendants | PU | 2.40 | $125.00 | $300.00 |
| Service | 10/16/2020 | Imported Time Entry: Organizing motion papers for default to be mailed out to defendants | PU | 5.50 | $125.00 | $687.50 |
| Service | 10/19/2020 | Imported Time Entry: Prepared and filed AOS for Pastrami Queen service of motion papers | PU | 0.50 | $125.00 | $62.50 |
| Service | 10/21/2020 | Imported Time Entry: Filed AOS for service of Default Judgement moving papers in SDNY | PU | 0.20 | $125.00 | $25.00 |
| Service | 12/21/2020 | Imported Time Entry: Consult with staff regardig service | CE | 0.20 | $350.00 | $70.00 |
| Service | 01/07/2021 | Imported Time Entry: Review ECF notification. | CE | 0.10 | $350.00 | $35.00 |
| Service | 01/07/2021 | Imported Time Entry: Reiview answer and affirmative defenes. | CE | 0.50 | $350.00 | $175.00 |
| Service | 01/07/2021 | Imported Time Entry: Review email from opposing counsel. | CE | 0.20 | $350.00 | $70.00 |
| Service | 01/07/2021 | Imported Time Entry: Draft email to opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 01/14/2021 | Imported Time Entry: Consult with staff regarding status of service | CE | 0.40 | $350.00 | $140.00 |
| Service | 01/14/2021 | Imported Time Entry: Draft stipulation. | CE | 0.40 | $350.00 | $140.00 |
| Service | 01/14/2021 | Imported Time Entry: Phone call with | CE | 0.20 | $350.00 | $70.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | opposing counsel |  |  |  |  |
| Service | 02/17/2021 | Imported Time Entry: Review IC order. | CE | 0.20 | $350.00 | $70.00 |
| Service | 02/17/2021 | Imported Time Entry: Instruct staff re service order. | CE | 0.10 | $350.00 | $35.00 |
| Service | 02/22/2021 | Imported Time Entry: Review last known addresses of defaulting defendants. | CE | 0.20 | $350.00 | $70.00 |
| Service | 03/10/2021 | Imported Time Entry: Email to opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 03/10/2021 | Imported Time Entry: Draft letter. | CE | 0.50 | $350.00 | $175.00 |
| Service | 03/10/2021 | Imported Time Entry: Phone call with opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 03/15/2021 | Imported Time Entry: Preparation for conference. | CE | 0.50 | $350.00 | $175.00 |
| Service | 03/15/2021 | Imported Time Entry: Attend conference. | CE | 0.40 | $350.00 | $140.00 |
| Service | 03/15/2021 | Imported Time Entry: Review order. | CE | 0.10 | $350.00 | $35.00 |
| Service | 04/28/2021 | Imported Time Entry: Review email from opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 04/28/2021 | Imported Time Entry: Review and assemble client documents. | CE | 1.20 | $350.00 | $420.00 |
| Service | 04/28/2021 | Imported Time Entry: Draft initial disclosures. | CE | 0.40 | $350.00 | $140.00 |
| Service | 05/05/2021 | Imported Time Entry: Draft discoery demands. | CE | 2.30 | $350.00 | $805.00 |
| Service | 05/24/2021 | Imported Time Entry: Draft email to opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 05/26/2021 | Imported Time Entry: Email correspondence with opposing counsel. | CE | 0.20 | $350.00 | $70.00 |
| Service | 06/07/2021 | Imported Time Entry: REview file and defendants' initial disclosures. | CE | 0.60 | $350.00 | $210.00 |
| Service | 06/08/2021 | Imported Time Entry: Deposition preparation phone call with client. | CE | 0.50 | $350.00 | $175.00 |
| Service | 06/08/2021 | Imported Time Entry: Preparation for deposition call. | CE | 1.30 | $350.00 | $455.00 |
| Service | 06/08/2021 | Imported Time Entry: Email coresspondence with opposing counsel. | CE | 0.30 | $350.00 | $105.00 |
| Service | 06/09/2021 | Imported Time Entry: Phone call with vasquez plaintiffs to prepare for deposition. | CE | 0.50 | $350.00 | $175.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 06/09/2021 | Imported Time Entry: Preparation for phone call with Vasquez plaintiff. | CE | 0.70 | $350.00 | $245.00 |
| Service | 06/10/2021 | Imported Time Entry: Deposition preparation. | CE | 2.40 | $350.00 | $840.00 |
| Service | 06/11/2021 | Imported Time Entry: Deposiition preparation. | CE | 1.20 | $350.00 | $420.00 |
| Service | 06/11/2021 | Imported Time Entry: Defensive deposition - Arnulfo Basurto. | CE | 2.80 | $350.00 | $980.00 |
| Service | 06/11/2021 | Imported Time Entry: Defensive deposition 0 Omar Espinobarros. | CE | 1.20 | $350.00 | $420.00 |
| Service | 07/15/2021 | Imported Time Entry: Draft letter to court. | CE | 0.40 | $350.00 | $140.00 |
| Service | 07/15/2021 | Imported Time Entry: Review order. | CE | 0.20 | $350.00 | $70.00 |
| Service | 09/20/2021 | Imported Time Entry | CE | 0.10 | $350.00 | $35.00 |
| Service | 09/20/2021 | Imported Time Entry | CE | 0.10 | $350.00 | $35.00 |
| Service | 09/20/2021 | Imported Time Entry | CE | 0.20 | $350.00 | $70.00 |
| Service | 11/18/2021 | Imported Time Entry | CE | 0.10 | $350.00 | $35.00 |
| Service | 11/18/2021 | Imported Time Entry | CE | 0.60 | $350.00 | $210.00 |
| Service | 11/22/2021 | Imported Time Entry: Finalize and file letter to court. | CE | 0.20 | $350.00 | $70.00 |
| Service | 06/02/2022 | Email correspondence with opposing counsel. | CE | 0.20 | $350.00 | $70.00 |
| Service | 06/03/2022 | Email correspondence with opposing counsel | CE | 0.10 | $350.00 | $35.00 |
| Service | 06/07/2022 | Phone call with opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 06/07/2022 | Review docket. | CE | 0.04 | $350.00 | $14.00 |
| Service | 06/09/2022 | Phone call with opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 06/09/2022 | Email correspondence with opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 06/23/2022 | Case meeting. | CE | 0.10 | $350.00 | $35.00 |
| Service | 08/01/2022 | Draft letter to court. | CE | 0.30 | $350.00 | $105.00 |
| Service | 08/01/2022 | Email correspondence with opposing counsellors. | CE | 0.20 | $350.00 | $70.00 |
| Service | 08/01/2022 | Finalize and file letter to Court. | CE | 0.10 | $350.00 | $35.00 |
| Service | 08/03/2022 | Review ECF bounce. | CE | 0.10 | $350.00 | $35.00 |
| Service | 08/08/2022 | Draft settlement agreement. | CE | 0.40 | $350.00 | $140.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 08/08/2022 | Email correspondence with opposing counsel. | CE | 0.20 | $350.00 | $70.00 |
| Service | 08/18/2022 | Email correspondence with opposing counsel. | CE | 0.10 | $350.00 | $35.00 |
| Service | 09/02/2022 | Draft Cheeks letter. | CE | 0.40 | $350.00 | $140.00 |
| Service | 09/02/2022 | Prep exhibits for Cheeks letter. | CE | 0.70 | $350.00 | $245.00 |
| | | | | | **Subtotal** | **$19,221.00** |
| | | | | | **Total** | **$19,221.00** |

The Court has reviewed the proposed Settlement Agreement in light of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *Lopez v. Nights of Cabiria, LLC*, 96 F. Supp. 3d 170 (S.D.N.Y. 2015), and *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012). For the reasons discussed during the October 31, 2022 conference and stated in Plaintiffs' September 28, 2022 letter, Dkt. 106, the Court finds that the Settlement Agreement is fair and reasonable.

The Court notes that the attorneys' fees were calculated using the percentage method and represent approximately one third of the total settlement amount. While the Court finds those fees to be reasonable, the Court does not make any finding as to the reasonableness of counsel's hourly rate or as to the reasonableness of any particular hours billed for work on this case.

Accordingly, the Settlement Agreement is approved, provided that no funds will be distributed to Michael Faillace absent an order of this Court, and the case is dismissed with prejudice as to Defendants Pastrami Leasehold LLC, Allan Phillips, and John Phillips.

SO ORDERED.

Date: October 31, 2022
New York, New York

JOHN P. CRONAN
United States District Judge