UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CARMELO CABALLERO DE LA CRUZ et al,

                                Plaintiff,

-against-

PASTRAMI PRINCE INC. et al.,

                                Defendants.

-------------------------------------------------------X

20-CV-4643 (JPC)

**CERTIFICATE OF SERVICE**

Stacie Iturbide certifies as follows:

I am a natural person above the age of eighteen years and am not a party in the above-captioned action. On November 2, 2022, I served copies of Judge Cronan's Order dated October 31, 2022 (Dkt. 109), via FedEx Overnight, to the following addresses:

Steven Friedman
1125 Lexington Avenue Apt 3B
New York, NY 10075

1125 Kosher Deli Corp d/b/a Pastrami Queen
1125 Lexington Ave Frnt 2
New York, NY 10075

Thierno Sisse
501 E 176th St Apt 2
Bronx, NY 10457

_____
STACIE ITURBIDE