UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

CARMELO CABALLERO DE LA CRUZ et al,

       Plaintiff,

 -against-

PASTRAMI PRINCE INC. et al.,

       Defendants.
-------------------------------------------------------X

20-CV-4643 (JPC)

**CERTIFICATE OF SERVICE**

 Stacie Iturbide certifies as follows:

I am a natural person above the age of eighteen years and am not a party in the above-captioned action. On November 4, 2022, I served copies of Judge Cronan's Order dated October 31, 2022 (Dkt. 109), via FedEx Overnight, to the following addresses:

 Barry Friedman
 34 Midwood Cross
 Roslyn NY 11576-2431

 Pastrami Prince d/b/a Pastrami Queen
 1125 Lexington Ave Frnt 2
 New York, NY 10075

*[signature]*
STACIE ITURBIDE