UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CARMELO CABALLERO DE LA CRUZ,
ARNULFO VAZQUEZ BASURTO, OMAR
ESPINOBARROS VAZQUEZ, and
RAYMUNDO VAZQUEZ ANGEL,

Index No. 20-CV-4643

**PROPOSED JUDGMENT IN DEFAULT**

*Plaintiff,*

-v-

PASTRAMI PRINCE INC. (D/B/A
PASTRAMI QUEEN), 1125 KOSHER DELI
CORP (D/B/A PASTRAMI QUEEN),
STEVEN FRIEDMAN, BARRY FRIEDMAN,
and THIERNO SISSE,

*Defendants.*
------------------------------------------------------X

## JUDGMENT

On June 17, 2020, this action was commenced by Plaintiffs' filing of the Complaint. (Dkt. No. 1). The summons and Complaint in this action having been duly served on the above-named defendants PASTRAMI PRINCE INC. (D/B/A PASTRAMI QUEEN), 1125 KOSHER DELI CORP (D/B/A PASTRAMI QUEEN), STEVEN FRIEDMAN, BARRY FRIEDMAN, and THIERNO SISSE said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by his attorneys CSM LEGAL, P.C.., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment jointly and severally against the Defendants PASTRAMI PRINCE INC. (D/B/A PASTRAMI QUEEN), 1125 KOSHER DELI CORP (D/B/A PASTRAMI QUEEN), STEVEN FRIEDMAN, BARRY FRIEDMAN and THIERNO SISSE, in the amount of $500,623.22, including compensatory damages and permissible liquidated damages and prejudgment interest, all computed as provided in 28 U.S.C. § 1961(a).

- 2 -

That the Plaintiff is awarded attorney's fees in the amount of $8,364.50, computed as provided in 28 U.S.C. § 1961(a).

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

Dated:   New York, New York
         _____, 2022

                                        _____

                                        UNITED STATES DISTRICT JUDGE


                                        This document was entered on the docket on
                                        _____.

To:
Pastrami Prince, Inc.
1125 Lexington Ave # 2
New York, NY 10075

1125 Kosher Deli Corp.
1125 Lexington Ave # 2
New York, NY 10075

Steven Friedman
1125 Lexington Avenue Apt 3B
New York, NY 10075

Barry Friedman
34 Midwood Cross
Roslyn, NY 11576

Thierno Sisse
501 E 176th St Apt 2
Bronx, NY 10457