```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CARMELO CABALLERO DE LA CRUZ, et al.,                                  :
                                                                       :
                              Plaintiffs,                              :
                                                                       :   20 Civ. 4643 (JPC)
              -v-                                                      :
                                                                       :   ORDER
PASTRAMI PRINCE INC. et al.,                                           :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

At the default judgment hearing scheduled for December 19, 2022, Plaintiff's counsel should be prepared to discuss in detail the allegations contained in the Complaint, specifically with respect to which causes of action pertain to each Plaintiff for each relevant period of time, as well as the circumstances of the service of the Complaint on each Defendant.

SO ORDERED.

Dated: December 16, 2022
       New York, New York

                                            JOHN P. CRONAN
                                    United States District Judge