```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CARMELO CABALLERO DE LA CRUZ, et al.,                                  :
                                                                       :
                              Plaintiffs,                              :
                                                                       :        20 Civ. 4643 (JPC)
              -v-                                                      :
                                                                       :        ORDER
PASTRAMI PRINCE INC., et al.,                                          :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

For the reasons stated on the record on December 19 and 21, 2022, the Court finds Defendants Pastrami Prince Inc., 1125 Kosher Deli Corp., Steven Friedman, Barry Friedman, and Thierno Sisse (the "Defaulting Defendants") liable with respect to Causes of Action One through Eight of the Complaint as to Plaintiffs Carmelo Caballero de la Cruz, Arnulfo Vazquez Basurto, and Raymundo Vazquez Angel, and with respect to Cause of Action Nine as to Plaintiffs Arnulfo Vazquez Basurto and Raymundo Vazquez Angel.  Plaintiffs are also entitled to prejudgment interest and liquidated damages as applicable under the law.  Liability for each Cause of Action extends only until December 31, 2018.  Additionally, the Court finds no liability for the Defaulting Defendants with respect to Causes of Action Ten and Eleven, and finds no liability for the Defaulting Defendants with respect to any of the Causes of Action brought by Plaintiff Omar Espinobarros Vazquez.  The Court has referred this case to the Honorable James L. Cott for a damages inquest.  *See* Dkt. 122.

    SO ORDERED.

Dated:  January 6, 2023                                     _____
        New York, New York                              JOHN P. CRONAN
                                                      United States District Judge