UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARMELO CABALLERO DE LA CRUZ et al.,

                Plaintiffs,                 20 **CIVIL** 4643 (JPC)(JLC)

    -against-                                   **<u>JUDGMENT</u>**

PASTRAMI PRINCE INC. et al.,

                Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 25, 2023, the Court adopts the Report & Recommendation in its entirety and awards damages to Plaintiffs as detailed in the Report and Recommendation. The Court award Plaintiffs total damages in the amount of $509,988.09 along with pre-judgment interest calculated based on the dates specified in the Report & Recommendation, $17,622.75 in attorneys' fees, and $802.00 in costs, Dkt. 128 at 2, 29. More specifically, Caballero de la Cruz is awarded $197,817.68 plus interest of $63,857.79 in damages, Vazquez Basurto is awarded $116,932.50 plus interest of $23,985.85 in damages, and Vazquez Angel is awarded $88,097.54 plus interest of $19,296.73 in damages. Post-judgment interest shall be calculated pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:** New York, New York
          November 7, 2023

                                                     **RUBY J. KRAJICK**
                                                       Clerk of Court

                              **BY:** _____
                                                      **Deputy Clerk**