UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CARMELO CABALLERO DE LA CRUZ *et al.*,              :
:
                Plaintiffs,              :
:      20 Civ. 4643 (JPC)
         -v-              :
:      ORDER
PASTRAMI PRINCE INC. *et al.*,              :
:
                Defendants.              :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On May 30, 2024, the Court vacated the entry of default judgment against Defendant Steven Friedman and ordered Friedman to respond to the Complaint by June 30, 2024. Dkt. 133. That deadline has passed, and the docket does not reflect a response to the Complaint from Friedman. Accordingly, the Court extends *sua sponte* Friedman's deadline to respond to the Complaint until July 5, 2024. If Friedman once again fails to respond to the Complaint by his deadline to do so, Plaintiff should seek another Certificate of Default by July 9, 2024. The parties are reminded that "all litigants have an obligation to comply with court orders," and failure to comply may result in sanctions. *Baba v. Japan Travel Bureau Int'l*, 111 F.3d 2, 5 (2d Cir. 1997) (cleaned up).

      SO ORDERED.

Dated: July 2, 2024
      New York, New York
                                                    JOHN P. CRONAN
                                                    United States District Judge