UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CARMELO CABALLERO DE LA CRUZ *et al.*,                                 :
                                                                       :
                    Plaintiffs,                                        :
                                                                       :     20 Civ. 4643 (JPC)
         -v-                                                           :
                                                                       :     <u>ORDER</u>
PASTRAMI PRINCE INC. *et al.*,                                         :
                                                                       :
                    Defendants.                                        :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The parties are directed to file a joint status letter by October 24, 2024.

    SO ORDERED.

Dated: August 16, 2024
       New York, New York
                                           JOHN P. CRONAN
                                         United States District Judge