UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :

CARMELO CABALLERO DE LA CRUZ *et al.*,   :

                 Plaintiffs,         :

                                         :         20 Civ. 4643 (JPC)

       -v-                           :

                                         :         <u>ORDER</u>

PASTRAMI PRINCE INC. *et al.*,               :

                 Defendants.      :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court has been informed that, during their participation in the Court-annexed Mediation Program, the parties reached an agreement on all issues. Accordingly, it is hereby ordered that the parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015), and any other necessary information, by November 14, 2024.

        SO ORDERED.

Dated: November 7, 2024
       New York, New York                                 JOHN P. CRONAN
                                                           United States District Judge