# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd St. Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

November 7, 2024

<u>VIA ECF</u>  
Honorable John P. Cronan  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Courtroom 12D  
New York, New York 10007

Re: <u>Caballero de la Cruz et al v. Pastrami Prince Inc. et al</u>  
20-cv-04643

Your Honor:

This office represents Plaintiffs Carmelo Caballero de la Cruz, Arnulfo Vazquez Basurto, and Raymundo Vazquez Angel ("Plaintiffs") in the above-captioned matter. I write jointly with counsel for Defendant Steven Friedman to respectfully request a thirteen-day extension of the November 14, 2024 deadline to submit the parties' settlement agreement and other necessary information for *Cheeks* review. This is the first request of its kind.

The reason for requesting an extension is because counsel require additional time to finalize the terms of the agreement and review them with their respective clients and to accommodate for the recent and upcoming holidays. As such, the parties respectfully request that the November 14, 2024 deadline be extended for thirteen days to November 27, 2024.

The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Amy Gina Kim*  
Amy Gina Kim, Esq.  
CSM Legal, P.C.  
*Attorneys for Plaintiffs*

cc: All counsel via ECF

The request is granted. The parties' deadline to comply with the Court's November 7, 2024 Order, Dkt. 147, is extended to November 27, 2024. The Clerk of Court is respectfully directed to close Docket Number 148.

SO ORDERED.  
Date: November 7, 2024  
New York, New York

JOHN P. CRONAN  
United States District Judge