```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
CARMELO CABALLERO DE LA CRUZ et al.,                :
                                                    :
                           Plaintiffs,              :
                                                    :         20 Civ. 4643 (JPC)
                 -v-                                :
                                                    :              ORDER
PASTRAMI PRINCE INC. et al.,                        :
                                                    :
                           Defendants.              :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of the settlement agreement and joint letter filed by Plaintiffs and Defendant Steven Friedman. Dkt. 150. Counsel for these parties are ordered to appear before the undersigned for a teleconference on December 4, 2024 at 11:30 a.m. to discuss the proposed settlement agreement. At that time, counsel shall call (202) 503-1666, conference ID 237 799 66#.

      SO ORDERED.

Dated: December 2, 2024
       New York, New York

                                                    JOHN P. CRONAN
                                         United States District Judge